UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 22, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOALEEN ROGERS,

    Defendant.

Case No. 2:22-mj-95-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOALEEN ROGERS ,

Case No.  2:22-mj-95-KJN  Charge 21 USC §§ 846, 841(a)(1) , from custody for the following reasons:

|   |   |
|---|---|
| ____ | Release on Personal Recognizance |
| X | Bail Posted in the Sum of $ _____ |
| X | Unsecured Appearance Bond $ 50,000.00 co-signed by Procoro & Sierra Martinez |
| ____ | Appearance Bond with 10% Deposit |
| ____ | Appearance Bond with Surety |
| ____ | Corporate Surety Bail Bond |
| X | (Other): **Defendant to be released on 6/23/2022 at 9:00 AM.  Under the terms and conditions as stated on the record.** |

Issued at Sacramento, California on June 22, 2022 at _2:36 pm__.

By:  /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney