1  PHILLIP A. TALBERT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-147-WBS |
   |---|---|
12 | Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING/ARRAIGNMENT FOR JOALEEN ROGERS PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
13 | v. | |
14 | SARAH ANDERSON, FABIAN GOMEZ, EPIFANIO RAMIREZ, WENDY LABUDA, WILLIAM OWEN, JOALEEN ROGERS, | DATE: July 8, 2022 TIME: 2:00 p.m. COURT: Hon. Deborah L. Barnes |
15 | | |
16 | | |
17 | Defendants. | |

18

19    Plaintiff United States of America, by and through its attorney of record, Assistant United States

20 Attorney James R. Conolly, and defendant Joaleen Rogers, individually and by and through her counsel

21 of record, Tamara Solomon, hereby stipulate as follows:

22    1.   The Complaint in this case was filed on June 14, 2022. ECF No. 1 (formerly Case No.

23 2:22-MJ-95-KJN). Ms. Rogers first appeared before a judicial officer of the Court in which the charges

24 in this case were pending on June 17, 2022. The court set a preliminary hearing date of July 1, 2022,

25 and later moved the preliminary hearing to July 8, 2022, at the request of all parties that had appeared.

26 ECF No. 50.

27    2.   On June 22, 2022, the Court ordered that Ms. Rogers be released to a residential

28 rehabilitation program. ECF Nos. 16, 17.

3. On July 6, 2022, the Pretrial Services Office informed the undersigned counsel that there had been reported cases of COVID-19 in the residential rehabilitation facility to which Ms. Rogers had been released, to include persons living in close proximity to Ms. Rogers in the facility.

4. Also, on July 6, 2022, a federal grand jury returned an indictment charging Ms. Rogers and five co-defendants with various crimes. ECF No. 55. The preliminary hearing set for July 8, 2022, was therefore converted to an arraignment.

5. Given this Court's General Orders implementing precautions against the spread of COVID-19, and out of an abundance of caution, the parties agree that it would be prudent for Ms. Rogers not to have to appear in Court until a sufficient time has passed since the COVID-19 cases in the facility are no longer a concern. In addition to the health and safety concerns attendant to the current pandemic, the cases in the facility will delay defense counsel's ability to meet with her client.

6. The Pretrial Services Officer assigned to Ms. Rogers' case does not object to the parties' request to extend time for Ms. Rogers' arraignment.

7. By this stipulation, therefore, Ms. Rogers and the government jointly move for an extension of time for Ms. Rogers' arraignment date to July 21, 2022, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. In addition to adhering this Court's General Orders on the pandemic, the parties stipulate that the delay is required to allow the defense reasonable time to prepare, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///
///
///
///
///
///
///
///

8. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between July 8, 2022, and July 21, 2022, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: July 8, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: July 8, 2022

/s/ TAMARA SOLOMON
TAMARA SOLOMON
Counsel for Defendant
JOALEEN ROGERS

STIPULATION                                3

1  PHILLIP A. TALBERT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:22-MJ-0095-KJN
12 |                                    | FINDINGS AND ORDER EXTENDING TIME FOR
   |              Plaintiff,            | PRELIMINARY HEARING/ARRAIGNMENT FOR
13 |                                    | JOALEEN ROGERS (6) PURSUANT TO RULE
   |         v.                         | 5.1(d) AND EXCLUDING TIME
14 | ROBERT CHOATE,                     |
15 | SARAH ANDERSON,                    | DATE: July 8, 2022
   | FABIAN GOMEZ,                      | TIME: 2:00 p.m.
16 | EPIFANIO RAMIREZ,                  | COURT: Hon. Deborah L. Barnes
   | WENDY LABUDA,                      |
17 | WILLIAM OWEN,                      |
   | JOALEEN ROGERS,                    |
18 |              Defendants.           |

19

20     The Court has read and considered the Stipulation for Extension of Time for Preliminary

21 Hearing/Arraignment Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter

22 on July 8, 2022. The Court hereby finds that the Stipulation, which this Court incorporates by reference

23 into this Order, demonstrates good cause for an extension of time for the arraignment date for defendant

24 Joaleen Rogers only, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

25     Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

26 of justice served by granting this continuance outweigh the best interests of the public and the defendant

27 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

28 not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the arraignment for defendant Joaleen Rogers <u>only</u> is **EXTENDED** to **July 21, 2022**, **at 2:00 p.m**.

2. The time between July 8, 2022, and July 21, 2022, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

4. The arraignment set for all other defendants in this matter for July 8, 2022, remains unchanged.

IT IS SO ORDERED.

DATED: JULY 8, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE