1  TAMARA SOLOMAN, SBN 183841
2  LAW OFFICES OF TAMARA SOLOMAN
   P.O. Box 5482
3  El Dorado Hills, CA 95762
   Telephone:  (916) 712-8962
4  E-Mail:     solomanlaw@yahoo.com
5
6  Attorney for Defendant
   JOALEEN ROGERS
7

8        **IN THE UNITED STATES OF DISTRICT COURT FOR THE**
9              **EASTERN DISTRICT OF CALIFORNIA**
10

11 UNITED STATES OF AMERICA,
12                                            Case No.: 2:22-CR-00147-06 WBS
          Plaintiff,
13                                            **WAIVER OF DEFENDANT'S**
14    v.                                      **PRESENCE**

15 JOALEEN ROGERS,
16
          Defendant.
17

18       Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant hereby
19 waives the right to be present in person in open court upon the hearing of any motion or other
20 proceeding in this cause, including, but not limited to, when a continuance is ordered, and when
21 any other action is taken by the court before or after hearing, <u>except</u> upon arraignment, plea, trial
22 confirmation hearing, impanelment of jury, during trial, and imposition of sentence.  Defendant
23 hereby requests the court to proceed during every absence of his which the court may permit
24 pursuant to this waiver; agrees that his interests will be deemed represented at all times by the
25 presence of his attorney, the same as if defendant were personally present; and further agrees to
26 be present in court ready for hearing any day and hour the court may fix in his absence.
27
   ///
28

- 1 -

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3171 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without defendant being present.

DATED: April 19, 2024　　　　　　　　　　/s/ Joaleen Rogers
　　　　　　　　　　　　　　　　　　　　Defendant

DATED: April 19, 2024　　　　　　　　　　/s/ Tamara Soloman
　　　　　　　　　　　　　　　　　　　　TAMARA SOLOMAN
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

ORDER

IT IS SO ORDERED

Dated: April 25, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE